FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 01, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PUBLIC UTILITY DISTRICT NO. 1 OF CHELAND COUNTY, a Washington municipal corporation; PUBLIC UTILITY DISTRICT NO. 1 OF DOUGLAS COUNTY, a Washington municipal corporation; and PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY, a Washington municipal corporation,<br>Plaintiffs – Counter-Defendants,<br>v.<br>TRAVIS KAVULLA,1 Administrator of the Bonneville Power Administration, in his Official Capacity as Chairman of the United States Entity for the Columbia River Treaty; and BRIGADIER GENERAL GEOFF VAN EPPS, Commander, U.S. Army Corps of Engineers, Northwestern Division, in his Official Capacity as Member of the United States Entity for the Columbia River Treaty,<br>Defendants - Counterclaimants. | No. 2:24-CV-0204-SAB<br><br>**ORDER GRANTING STIPULATED MOTION FOR ORDER OF DISMISSAL; CLOSING FILE** |

Before the Court is the parties' Stipulated Motion for Order of Dismissal, ECF No. 74. Plaintiffs are represented by Molly Terwilliger, Ryan Wells, and William Kissinger. Defendants are represented by Derek Taylor and Jacob Brooks.

The parties indicate they have resolved the above-captioned case and ask the Court to dismiss the matter without prejudice, with each party bearing its own costs and fees.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Order of Dismissal, ECF No. 74, is **GRANTED**.
2. All claims and counterclaims asserted in the above-captioned action are dismissed without prejudice, with each party bearing its own costs and fees.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 1st day of October 2026.

Stan Bastian
Chief United States District Judge